IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TOMMY WEEKS; et al.                                                    PLAINTIFFS

vs.                                                          No. 4:04CV283-D-B

ROBERT THOMPSON, in
his individual capacity; et al.                                       DEFENDANTS

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
AND DENYING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1)     the Defendants Bennie Grant, Michael Smith, and Ned Holder's motion for summary
        judgment (docket entry 24) is GRANTED, and the Plaintiffs' claims against these
        Defendants are DISMISSED; and

(2)     the Defendant Robert Thompson's motion for summary judgment (docket entry 26)
        is DENIED.

All memoranda, depositions, declarations and other materials considered by the court in

ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 4th day of January 2006.


                                        /s/ Glen H. Davidson
                                        Chief Judge