IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TOMMY WEEKS, ET AL.,                                                    PLAINTIFFS

VS.                                                   CIVIL ACTION NO. 4:04CV283-D-B

ROBERT THOMPSON, ET AL.,                                      DEFENDANTS

## ORDER DENYING MOTION FOR STAY OF PROCEEDINGS

**BEFORE THE COURT** is the motion [doc. 56] of counsel for plaintiffs, Hubert Allen Bernard, Jr., for a stay of these proceedings. The motion is hereby **DENIED** inasmuch as counsel has repeatedly failed to comply with the orders of this Court and did not serve plaintiffs with a copy of the motion.

**SO ORDERED** this**,** the 28th day of August, 2006.

                                                             **/s/ Eugene M. Bogen**
                                                             **UNITED STATES MAGISTRATE JUDGE**